IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JAMES SULLIVAN                                                                   PLAINTIFF

V.                                         CIVIL ACTION NO. 2:06CV016-B-A

BOYD TUNICA, INC., d/b/a SAM'S
TOWN CASINO TUNICA, MISSISSIPPI
GAMING COMMISSION, WILLIAM
ANDERSON, PAT HAWKINS, individually
and in his capacity as a Mississippi Gaming
official, and FAYE PERKINS                              DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**:

that the motions to dismiss of defendants Mississippi Gaming Commission and Pat Hawkins are **GRANTED**;

that the motions to exceed page limitations of defendants Mississippi Gaming Commission, Pat Hawkins, and Faye Perkins are **GRANTED**;

that the motions of all defendants for summary judgment are **GRANTED**; and

that this cause is **DISMISSED WITH PREJUDICE**.

This, the 16th day of February, 2007.

                                                     /s/ Neal Biggers
                                                     _____
                                                     **NEAL B. BIGGERS, JR.**
                                                     **SENIOR U.S. DISTRICT JUDGE**